UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LUIS VALDEZ-CABRERA, <br>     Petitioner, <br>     v. <br> S. A. HOLENCIK, <br>     Respondent. | Case No. EDCV 07-01100 RGK (AN) <br><br> ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation, *de novo*.

IT IS ORDERED that:

1. The Report and Recommendation is approved and adopted.

2. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated:   JAN - 8 2008  , 2007

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE