UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LUIS VALDEZ-CABRERA, ) <br> Petitioner, ) <br> v. ) <br> S. A. HOLENCIK, ) <br> Respondent. ) | Case No. EDCV 07-01100 RGK (AN) <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: JAN - 8 2008, 2007

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE